UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MIGUEL MARIA SANTOS, on behalf of himself and others similarly situated

                Plaintiffs,

- *against* -

852 EIGHTH GOTHAM PIZZA INC. d/b/a GOTHAM PIZZA, 1443 YORK GOTHAM PIZZA, MICHAEL SHAMAILOV, LANA SHAMALIOV, JOSE BALBUENA, *and* JOHN DOES 1-10,

                Defendants.

**ORDER**

21-cv-8304 (ER)

---

Ramos, D.J.:

On February 24, 2023, the Court held a conference to discuss a discovery dispute concerning a document related to an investigation by the New York Attorney General against the defendants. Defendants were directed to submit the document entitled "Assurance of Discontinuance" to the Court for an *in camera* review. The Court has completed an *in camera* review. Plaintiff is advised that the document is publicly available online at: https://ag.ny.gov/sites/default/files/executed_gotham_pizza_aod_aagsigned.pdf.

SO ORDERED.

Dated:    February 27, 2023
            New York, New York

                                                                  Edgardo Ramos, U.S.D.J.