UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MIGUEL MARIA SANTOS,<br><br>      Plaintiff(s),<br><br>v.<br><br>852 EIGHTH GOTHAM PIZZA INC., et al.,<br><br>      Defendant(s). | 21-CV-8304 (DEH)<br><br>**NOTICE OF REASSIGNMENT** |

DALE E. HO, United States District Judge:

  This case has been reassigned to the undersigned. All counsel must familiarize themselves with the Court's Individual Practices, which are available at https://nysd.uscourts.gov/hon-dale-e-ho. Unless and until the Court orders otherwise, all prior orders, dates, and deadlines shall remain in effect notwithstanding the case's reassignment.

  The Court referred the parties to mediation through the Southern District's Mediation Program. Within three (3) business days of any mediation or by **December 8, 2023**, whichever is earlier, the parties shall file a joint status letter regarding the progress of mediation, and if necessary, proposing next steps in this litigation.

Dated: October 18, 2023
    New York, New York

                        DALE E. HO
                    United States District Judge